UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV-64-H

TIMOTHY LAMONT DOBBINS                                    MOVANT/DEFENDANT

V.

UNITED STATES OF AMERICA                                RESPONDENT/PLAINTIFF

**MEMORANDUM AND ORDER**

On May 11, 2006, this Court issued a Memorandum and Order suggesting that Movant's claim under 28 U.S.C. § 2255 was barred by the statute of limitations. The Court provided that Movant show cause why this claim should not be dismissed. After a lengthy delay, Movant did respond and the Court has considered that response.

Movant acknowledges that his § 2255 petition was filed beyond the statute of limitations. He also acknowledges that he obtained all necessary file material well before the statute of limitations deadline. Indeed, he received all the necessary items about four months before the statute expired. Movant does recount some of his difficulties obtaining his court files. However, none of these difficulties were so serious or so extraordinary to have prevented a timely filing of this petition. The Court, therefore, finds no basis for excusable neglect or some other equitable tolling of the statute. For the reasons stated in its May 11, 2006, Memorandum and Order and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Movant's complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED, because Petitioner has failed to make a substantial showing that he is entitled to go forward.

IT IS FURTHER ORDERED that leave to appeal to the Court of Appeals *in forma pauperis* is DENIED pursuant to 28 U.S.C. § 1915(a)(3) because such an appeal could not be taken in good faith.

This is a final order.


cc:     Timothy Lamont Dobbins, *Pro Se*
        Defendant